FILED
CLERK, U.S. DISTRICT COURT

JAN 31 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00074-MWF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 39B(a)(2), (c)(1): Unsafe Operation of an Unmanned Aircraft] |
| PETER TRIPP AKEMANN, | |
| Defendant. | [Class A Misdemeanor] |

The Acting United States Attorney charges:

[18 U.S.C. § 39B(a)(2), (c)(1)]

On or about January 9, 2025, in Los Angeles County, within the Central District of California, defendant PETER TRIPP AKEMANN operated an unmanned aircraft, namely, a DJI model Mini Pro 3, and recklessly interfered with, and disrupted the operation of, an aircraft carrying one or more occupants operating in the special aircraft jurisdiction of the United States, namely, a Canadair Super Scooper firefighting

//
//
//
//

aircraft flying aerial missions to combat the Palisades Fire, in a manner that posed an imminent safety hazard to the occupants of the firefighting aircraft.

JOSEPH T. MCNALLY
Acting United States Attorney

*/s/ David T. Ryan*

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

KEDAR S. BHATIA
Assistant United States Attorney
Terrorism and Export Crimes Section